1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12

13

14

| EDUARDO TORRES,<br><br>               Petitioner,<br><br>v.<br><br>RALPH DIAZ, Secretary, et al.,<br><br>               Respondents. | Case No.:  19cv1964 LAB (JLB)<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY [Dkt. 82]** |
|---|---|

15

16

17

18

     Petitioner Eduardo Torres has moved for a certificate of appealability with respect to Magistrate Judge Burkhardt's Report and Recommendation ("R&R") which, in relevant part, denied Torres's motion for leave to amend, and the Court's March 23, 2021 Order adopting that portion of the R&R. (Dkt. 82).

19

20

21

22

23

24

     Rule 11, 28 U.S.C.A. foll. § 2254, governs certificates of appealability for habeas corpus petitions brought, as this one was, under 28 U.S.C. § 2254.[1] Rule 11 requires the Court to "issue or deny a certificate of appealability when it enters a final order adverse to the applicant." But the Court's order wasn't a "final order" susceptible to appeal. An order is "final" if it "ends the litigation on the merits

25

---

26

27

28

[1] Torres' motion seeks a certificate of appealability under 28 U.S.C. § 2253, which applies to petitions brought under 28 U.S.C. §2255. While the Court can't apply § 2253 to Torres' petition, the analysis and result under that statute would be the same.

19cv1964 LAB (JLB)

1  and leaves nothing for the court to do but execute judgment." *Ray Haluch Gravel*
2  *Co. v. Central Pension Fund of Intern. Union of Operating Eng'rs & Participating*
3  *Emp'rs*, 571 U.S. 177, 183 (2014). The order that Torres seeks to appeal didn't do
4  that—despite the denial of leave to amend, his initial and still-operative petition has
5  live claims and the litigation is ongoing. (*See* Dkt. 50; Dkt. 51; Dkt. 90 (U.S. Court
6  of Appeals order stating that the Court "has not issued any orders that are final or
7  appealable")).
8         Torres' Motion for a Certificate of Appealability is **DENIED**.
9         At the time he filed his petition, Torres was housed at Salinas Valley State
10 Prison. Based on more recent filings—and the return as undeliverable of several
11 recent documents—it appears he is presently incarcerated at the California Health
12 Care Facility in Stockton, California. (*See, e.g.*, ECF Nos. 82; 89; 92.) The Clerk is
13 **ORDERED** to modify the docket to reflect Torres' current address and direct all
14 further correspondence with Petitioner to: BD8991, California Health Care Facility,
15 P.O. Box 32110, Stockton, CA 95213. Torres is **ORDERED** to file a notice of
16 change of address if his address changes again.
17
18        **IT IS SO ORDERED**.
19
20 DATED: October 6, 2021
   _____
   **Hon. Larry Alan Burns**
21 United States District Judge
22
23
24
25
26
27
28